Juanita M. STUTZ, Plaintiff–Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 02–2143.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 25, 2003.

J. Kevin Morton, Winston–Salem, North Carolina, for Appellant. John W. Stone, Jr., Assistant Attorney General, Anna Mills Wagoner, United States Attorney, Robert Triba, Regional Chief, Lisa G. Smoller, Assistant Regional, Office of the General, Social Security Administration, Boston, Massachusetts, for Appellee.

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Juanita M. Stutz seeks review of the district court's order accepting the recommendation of the magistrate judge to affirm the Commissioner's denial of social

---

security benefits pursuant to 20 C.F.R. § 404.1520(c) (2002). Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stutz v. Barnhart*, No. CA–01–471–1 (M.D.N.C. Sept. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*